IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARIF BROWN, [Inmate #981715], Petitioner, | : : : : | CIVIL ACTION |
| v. | : : | |
| HON. JUDGE PETER RODGERS, et al., Respondents. | : : | NO. 12-4063 |

### ORDER

AND NOW, this 22nd day of MAY, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, Petitioner's reply to the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is **DISMISSED**;

3. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right nor demonstrated that a reasonable jurist would debate the correctness of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

JOEL H. SLOMSKY, J.